Rel: December 13, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0465

Rachel Baugh v. Angela Agan (Appeal from Etowah Circuit Court: CV-22-900153).

COOK, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Wise, Sellers, and Stewart, JJ., concur.